```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                                  Case No. 08-cr-49-PB

Michael L. Cecchetti


**O R D E R**

The defendant, through counsel, has moved to continue the July 8, 2008 trial in the above case, citing the need for additional time to prepare a defense. The government does not object to a continuance of the trial.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 8, 2008 to October 7, 2008. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 26, 2008 final pretrial conference is continued to September 25, 2008 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 23, 2008

cc:   Jonathan Saxe, Esq.
      Clyde Garrigan, AUSA
      United States Probation
      United States Marshal