```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                           Case No. 08-cr-49-PB

**Michael Cecchetti**


**O R D E R**

The defendant, through counsel, has moved to continue the October 7, 2008 trial in the above case, citing the need for additional time to engage in plea negotiations.  The government does not object to a continuance of the trial.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 7, 2008 to January 6, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 25, 2008 final pretrial conference is continued to December 22, 2008 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 25, 2008

cc:  Jonathan Saxe, Esq.
     Clyde Garrigan, AUSA
     United States Probation
     United States Marshal